THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AT&T Mobility LLC, LG Electronics, Inc., and LG Electronics U.S.A., Inc.,**<br><br>　　**Plaintiffs,**<br><br>　　v.<br><br>**Alcatel-Lucent U.S.A., Inc.**<br><br>　　**Defendant.** | No.<br>Associated Case<br>Civil Nos. 6:12-cv-017, 6:12-cv-120<br>(Eastern District of Texas,<br>Tyler Division)<br><br>AMENDED NOTICE OF PLAINTIFFS' MISCELLANEOUS ACTION TO COMPEL COMPLIANCE WITH A SUBPOENA PURSUANT TO FED. R. CIV. P. 45 |

**AMENDED NOTICE OF PLAINTIFFS' MISCELLANEOUS ACTION
TO COMPEL COMPLIANCE WITH A SUBPOENA
<u>PURSUANT TO FED. R. CIV. P. 45</u>**

PLEASE TAKE NOTICE that, upon the Miscellaneous Action to Compel Compliance with a Subpoena Pursuant to Fed. R. Civ. R. 45, accompanying this notice, dated August 8, 2014, and accompany declaration, Plaintiffs AT&T Mobility LLC, LG Electronics, Inc., and LG Electronics U.S.A., Inc. (collectively "Plaintiffs"), by and through their counsel, move this Court in the United States Courthouse for the United States District Court for the Southern District of New York, at 500 Pearl Street, New York, New York, at 9am, Tuesday, September 16, 2014, or such date and time as the Court shall designate, for an order compelling Alcatel-Lucent U.S.A., Inc.'s compliance with Plaintiffs' subpoena issued pursuant to Fed. R. Civ. R. 45.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), any answering papers must be served by Respondent no later than fourteen (14) days after service of Petitioner's motion papers

Dated: August 11, 2014

Respectfully submitted,

By:   /s/ Alex V. Chachkes   .

Alex Verbin Chachkes
(achachkes@orrick.com)
Nicholas H. Lam
(nlam@orrick.com)
**Orrick Herrington & Sutcliffe LLP**
51 W. 52nd Street
New York, NY  10019-6142
Tel: (212) 506-3748
Fax: (212) 506-5151

*Attorneys for AT&T Mobility LLC*, *LG Electronics, Inc., and LG Electronics USA, Inc.*